THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR14-9 JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PAVEL ALEXANDER KONDRATYUK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue trial. (Dkt. No. 41.) The Court finds that, given the need for time to investigate the case and review the discovery, the Court's failure to grant a continuance would result in a miscarriage of justice and deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(b)(i)(iv).  The Court therefore finds the ends of justice served in this matter outweigh the best interests of the public and the defendants' in a speedy trial. See 18 U.S.C. §3161(h)(8)(A). Defendant has filed a speedy-trial waiver.

Accordingly, the trial currently scheduled for May 27, 2014 is VACATED and trial in this case is set for July 28, 2014. All pretrial motions in this matter shall be filed and served by

July 1, 2014. Pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) the Court declares excludable from speedy trial act calculations the period from the date of this Order to July 28, 2014, as the period of delay granted for adequate preparation of all counsel.

DATED this 25th day of April 2014.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk
